**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-1311**

————————

FRANCIS AKINRO,

Plaintiff - Appellant,

versus

PATRICIA MAHER, Deputy Assistant Attorney
General; GEORGE BUSH, President of the United
States of America,

Defendants - Appellees.

————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
02-555-CCB)

————————

Submitted: June 13, 2002                    Decided: June 18, 2002

————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Francis Akinro, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Akinro, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we affirm based on the reasoning of the district court. See Akinro v. Maher, No. CA-02-555-CCB (D. Md. Mar. 4, 2002). We deny Akinro's motion for default judgment. We also deny Akinro's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED